**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

February 26, 2020

So ordered.

/s/ A. K. Hellerstein

2-26-20

BY FACSIMILE AND ECF

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
Room 1050
New York, NY 10007
Fax: (212) 805-7942

Re: *ANI Pharmaceuticals, Inc. v. Cabaret Biotech, Ltd.*, No. 1:19-cv-05409 (AKH)

Dear Judge Hellerstein:

On behalf of both parties, I write to respectfully request that Your Honor adjourn the status conference set for Friday, February 28 until Friday, March 27 to allow the parties additional time to continue discussing a negotiated resolution of this matter. Counsel for the parties have exchanged drafts of a settlement agreement and continue to attempt to negotiate the few remaining outstanding issues.

This is the first request for adjournment and will not affect any other scheduled dates. The reason for requesting a 4-week adjournment is because counsel for the parties have business and long-planned family vacation travel that made them unable to find an earlier date on which they both could appear.

Respectfully submitted.

DEBEVOISE & PLIMPTON LLP

By:  /s/ Michael Schaper
     Michael Schaper
     919 Third Avenue
     New York, New York 10022
     Tel: (212) 909-6000
     mschaper@debevoise.com

*Attorney for Cabaret Biotech, Ltd.*