**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANI PHARMACEUTICALS, INC.,

                Plaintiff,                          19 **CIVIL** 5409 (AKH)

       -against-                              **JUDGMENT**

CABARET BITECH LTD.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated April 26, 2020, Plaintiff's motion for judgment on the pleadings is granted; judgment is entered for Plaintiff with costs, and the case is closed.

**Dated:**  New York, New York
          April 28, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
               **BY:**
                                                     _____
                                                     **Deputy Clerk**